**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ANGELA MANNS**                                                                               **PLAINTIFF**

**v.**                                     **4:07CV00758-WRW**

**UNIVERSITY OF ARKANSAS**
**MEDICAL CENTER, et al.**                                           **DEFENDANTS**

## ORDER

Pending are Plaintiff's Motion to Appoint Counsel (Doc. No. 8) and Motion for Temporary Restraining Order (Doc. No. 7).

A September 7, 2007 Order directed Plaintiff to seek counsel on her own before requesting appointment by the Court.[1] Plaintiff has now submitted a follow-up brief listing the counsel she contacted, and asks again for appointment of counsel. In the renewed motion Plaintiff asserts that she is "willing to pay reasonable costs for [her] legal representation."[2] I also note that Plaintiff paid the $350 filing fee.

A court is permitted to appoint counsel "to represent any person unable to afford counsel" under 28 U.S.C. § 1915(e)(1). Since it appears that Plaintiff *is* able to afford counsel, the Motion to Appoint Counsel (Doc. No. 8) is DENIED. Plaintiff may proceed *pro se* or hire a lawyer on her own.

Plaintiff -- or her lawyer, if she retains one -- is directed to respond to Defendant's Motion to Dismiss, filed on September 28, 2007, by 5 p.m., Thursday, December 20, 2007.

Plaintiff's Motion for a Temporary Restraining Order (Doc. No. 7) is DENIED.

IT IS SO ORDERED this 28th day of November, 2007.

                                                        /s/ Wm. R.Wilson,Jr.
                                                        UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 3.

[2] Doc. No. 8.