IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ANGELA MANNS**                                                             **PLAINTIFF**

v.                                       **4:07-CV-00758-WRW**

**UNIVERSITY OF ARKANSAS**
**MEDICAL CENTER, et al.**                                        **DEFENDANTS**

## ORDER

Plaintiff's Motion for Reconsideration of Denial of Appointment of Counsel (Doc. No. 15) and Motion for Reconsideration of Denial of Temporary Restraining Order (Doc. No. 14) are DENIED.

IT IS SO ORDERED this 19th day of December, 2007.

                                                                 /s/ Wm. R. Wilson, Jr.
                                                                  UNITED STATES DISTRICT JUDGE