IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ANGELA MANNS**                                                                                    **PLAINTIFF**

v.                                          **4:07CV00758-WRW**

**UNIVERSITY OF ARKANSAS**
**MEDICAL CENTER, et al.**                                                          **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED.

IT IS SO ORDERED this 13th day of February, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE